IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

ROBERT TAYLOR,                        )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )  CASE NO. 2:08-cv-105-MEF
                                      )
SOCIAL SECURITY ADMINISTRATION        )
OFFICE,                               )
                                      )
    Defendant.                        )

## **O R D E R**

On March 17, 2008, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's claims are DISMISSED with prejudice for his failure to pay the requisite filing fee, comply with the orders of the court, and failure to prosecute this action.

DONE this the 9th day of April, 2008.

                              /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE